IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: LaDonne Bush          Date: May 7, 2007
Court Reporter:   Gwen Daniel

_____

Civil Action No. 07-cv-00924-LTB         *Counsel:*

JANET ROEBUCK BODINE,                    Pro Se
DONALD BODINE,                           Pro Se

    Plaintiffs,

v.

CHASE HOME FINANCE, LLC,                 Phillip Vaglica
FEDERAL NATIONAL MORTGAGE                Bryan Blum
ASSOCIATION,

    Defendants.

_____

### COURTROOM MINUTES
_____

Hearing on Motions

10:35 a.m.   Court in Session

For the purposes of this hearing, the following exhibits are received: Plaintiffs' Exhibit 1; Defendants' Exhibits A through H

Discussion between the Court and Mrs. Bodine.

Court's findings of facts and conclusions of law.

**ORDERED:** Motion to Strike Motion for Emergency Temporary Restraining Order (Doc. 7) is granted.

**ORDERED:**  This case is dismissed for lack of subject matter jurisdiction.

11:25 a.m.    Court in Recess

Hearing concluded
Time: 00:50