**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE  LEWIS  T.  BABCOCK**

_____

Courtroom Deputy:  LaDonne Bush          Date:  May 7, 2007
Court Reporter:      Gwen Daniel

_____

Civil Action No. 07-cv-00924-LTB          _Counsel:_

JANET ROEBUCK BODINE,                    Pro Se
DONALD BODINE,                            Pro Se

      Plaintiffs,

v.

CHASE HOME FINANCE, LLC,                 Phillip Vaglica
FEDERAL   NATIONAL   MORTGAGE            Bryan Blum
ASSOCIATION,

      Defendants.

_____

**COURTROOM MINUTES**
_____

Hearing on Motions

10:35 a.m.    Court in Session

For the purposes of this hearing, the following exhibits are received: Plaintiffs' Exhibit 1; Defendants' Exhibits A through H

Discussion between the Court and Mrs. Bodine.

Court's findings of facts and conclusions of law.

**ORDERED:**  Motion to Strike Motion for Emergency Temporary Restraining Order (Doc. 7) is granted.

1

**ORDERED:**  This case is dismissed for lack of subject matter jurisdiction.

11:25 a.m.    Court in Recess

Hearing concluded
Time: 00:50