# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 07-cv-00924-LTB

JANET ROEBUCK BODINE, and
DONALD BODINE,

      Plaintiffs,

v.

CHASE HOME FINANCE, LLC, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

      Defendants.

_____

## Order
_____

      Plaintiffs Janet Roebuck Bodine and Donald Bodine ("the Bodines") have filed a motion for a temporary restraining order under Fed. R. Civ. P. 65(b) (Docket #4) against defendants Chase Home Finance, LLC ("Chase") and Federal National Mortgage Association ("Fannie Mae"). Fannie Mae has moved to strike the Bodines' motion (Docket #7). I adopt the findings of fact and conclusions of law as stated at a Hearing on the Bodines' motion held in Court today.

      It is so ordered that

      1)     The Bodines' motion for a temporary restraining order is DENIED,

      2)     Fannie Mae's motion to strike is GRANTED; and

      3)     The Bodines' complaint is DISMISSED for lack of subject matter jurisdiction.

**DONE and ORDERED,** this   7th   day of May 2007 at Denver, Colorado.

                                                         s/Lewis T. Babcock
                                                         United States District Chief Judge