**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Action No. 07-cv-00924-LTB

JANET ROEBUCK BODINE, and
DONALD BODINE,

    Plaintiffs,

v.

CHASE HOME FINANCE, LLC, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Defendants.

_____

**Order**
_____

    Plaintiffs Janet Roebuck Bodine and Donald Bodine ("the Bodines") have filed a motion for a temporary restraining order under Fed. R. Civ. P. 65(b) (Docket #4) against defendants Chase Home Finance, LLC ("Chase") and Federal National Mortgage Association ("Fannie Mae"). Fannie Mae has moved to strike the Bodines' motion (Docket #7). I adopt the findings of fact and conclusions of law as stated at a Hearing on the Bodines' motion held in Court today.

    It is so ordered that

    1)    The Bodines' motion for a temporary restraining order is DENIED,

    2)    Fannie Mae's motion to strike is GRANTED; and

    3)    The Bodines' complaint is DISMISSED for lack of subject matter jurisdiction.

**DONE and ORDERED,** this ___7th___ day of May 2007 at Denver, Colorado.

                                                  s/Lewis T. Babcock
                                                United States District Chief Judge